EMMA ANDREWS, WIDOW; LEWIS ANDREWS, DECEASED, EMPLOYEE, v. TOWN OF PRINCEVILLE, EMPLOYER, NON-INSURER.

(Filed 20 March, 1957.)

APPEAL by defendant from *Moore (Clifton L.), J.,* November Term, 1956, of EDGECOMBE.

Proceeding under the Workmen's Compensation Act for compensation claimed by the widow of Lewis Andrews, deceased policeman of the Town of Princeville. The Industrial Commission, on findings of hearing Commissioner Ransdell that the deceased came to his death as a result of an injury by accident arising out of and in the course of his employment as policeman, awarded compensation. The defendant appealed to the Superior Court. There all exceptions and assignments of error were overruled and judgment was entered affirming the opinion and award of the Commission. From the judgment so entered, the defendant appeals.

*Fountain, Fountain, Bridgers & Horton for plaintiff.*
*Weeks & Muse for defendant.*

PER CURIAM. This appeal presents no new question of law requiring discussion. A careful examination of the record discloses that the findings of fact made by the hearing Commissioner, affirmed on appeal by the Full Commission, support the award. The assignments of error, when tested by settled principles of law, reveal no error. The judgment of the Superior Court will be upheld.

Affirmed.